1030

[No. 33742-1-III.   Division Three.   October 13, 2016.]

KATHERINE M. FORSBERG, *Appellant*, v. WESTON T. GRIEPP, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 15-2-00057-6, Patrick A. Monasmith, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33870-3-III.   Division Three.   October 13, 2016.]

SUMMIT LEASING, INC., *Respondent*, v. CHHATRALA EDES, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-03623-9, Blaine G. Gibson, J., entered October 16, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 72727-3-I.   Division One.   October 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE MEJIA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-01163-7, Michael E. Rickert, J., entered November 13, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 73580-2-I.   Division One.   October 17, 2016.]

*In the Matter of the Personal Restraint of* BRIAN T. STARK, *Petitioner*.

Petition for relief from personal restraint. *Remanded* by unpublished opinion per Leach, J., concurred in by Appelwick and Dwyer, JJ.